

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-94,016-02

---

### EX PARTE CARLOS EUGENIO SERRANO, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. DC-22-26567B IN THE 52ND DISTRICT COURT
### FROM CORYELL COUNTY

---

*Per curiam*.

### O P I N I O N

Applicant was convicted of evading arrest and sentenced to eight years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. The trial court finds that Applicant is entitled to a late appeal. The State agrees.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number 21-26567 from the 52nd District Court of Coryell County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by

counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: October 26, 2022
Do not publish